```
 1  THE CHARLAND LAW FIRM
    3707 North 7th Street
 2       Suite 250
     Phoenix, AZ 85014
 3     (602)944-7499
 4  litigation@CharlandLawFirm.com

 5  Name and State Bar No. John E. Charland, #012089

 6  Attorney for Plaintiff
```

**UNITED STATES DISTRICT COURT**

**IN AND FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| PATRICIA BALLENTINE, | ) CIVIL ACTION NO. 09-2332-PHX-ROS |
| Plaintiff, | ) **NOTICE OF DISMISSAL** |
| vs. | ) |
| NORTHSTAR LOCATION SERVICES, LLC. | ) |
| Defendant. | ) |

NOTICE IS HEREBY GIVEN by plaintiff in the above-entitled action that this matter is withdrawn and dismissed. The record herein will disclose the filing of a complaint on behalf of the plaintiff, but no answer or other responsive pleading filed on behalf of the defendant. This notice is given pursuant to the provisions of rule 41(a)(1), of the Federal Rules of Civil Procedure.

DATED this 4th day of February, 2010.

THE CHARLAND LAW FIRM


___S/_____
John E. Charland
3707 North 7th Street
Suite 250
Phoenix, Arizona 85014

1  I hereby certify that on February 4, 2010, I electronically transmitted the attached document to the Clerk's Office using the
2  CM/ECF System for filing.

3  Copy of the foregoing mailed this
   4th day of February, 2010, to:
4
   Northstar Location Services, LLC
5  c/o Linda Leising
   4285 Genesee Street
6  Cheektowaga, NY 14225

7  By   s/
   no-dismissal.204
8